# *Letter from Paul De Marco to Lamar Advertising Company*

**Exhibit 2**

# WAITE, SCHNEIDER, BAYLESS & CHESLEY CO., L.P.A.

ATTORNEYS & COUNSELLORS AT LAW
1513 FOURTH & VINE TOWER
ONE WEST FOURTH STREET
CINCINNATI, OHIO 45202
TELEPHONE (513) 621-0267

PAUL M. DE MARCO

FAX (513) 381-2375
FAX (513) 621-0262

October 4, 2010

Wendi Loup, Esq.
Assistant General Counsel
Lamar Advertising Company
5551 Corporate Blvd.
Baton Rouge, Louisiana 70808

   Re:  Standstill Agreement

Dear Wendi:

  This letter confirms our agreement that Lamar Advertising Company has ceased – and will continue to suspend – the posting of billboard advertisements by the Susan B. Anthony List that falsely accuse Congressman Steve Driehaus of "vot[ing] FOR taxpayer-funded abortion," until the Ohio Elections Commission rules on the Complaint that I will file with the Commission on Tuesday, October 5, 2010. Our Complaint will allege that the statement quoted above is a violation of Ohio Revised Code §§ 3517.21(B)(9) and (10).

  In exchange for your agreement that Lamar will not post the billboards until the Ohio Elections Commission rules on our Complaint, I agreed that our Complaint will not join Lamar as a respondent and will not allege that Lamar has violated Ohio Revised Code §§ 3517.21(B)(9) and (10). Of course, if Lamar posts these or similarly worded advertisements in violation of our agreement or after the Ohio Elections Commission rules, we reserve the right to proceed against Lamar before the Ohio Elections Commission and/or in a court of law.

  This letter also confirms that I have promised to keep you informed of the date and the result of the probable cause hearing on our Complaint. Thank you for your efforts in reaching this agreement, Wendi.

           Sincerely,

           WAITE, SCHNEIDER, BAYLESS
           & CHESLEY CO., L.P.A.

           Paul M. De Marco

cc:  Hon. Steve Driehaus