*Defendant Representative Steve Driehaus'*
*Complaint filed with the Ohio Elections*
*Commission*

**Exhibit 3**

# OHIO ELECTIONS COMMISSION

| | | |
|---|---|---|
| STEVE DRIEHAUS<br>3502 Boudinot Avenue<br>Cincinnati, Ohio 45211<br>Phone: (513) 662-0205<br>Fax: (866) 675-6306 | : <br> : <br> : | Case No. _____<br><br>**COMPLAINT UNDER O.R.C.<br>§ 3517.153(A), WITH<br>SUPPORTING AFFIDAVITS** |
| Complainant, | : | |
| vs. | : | |
| SUSAN B. ANTHONY LIST<br>1717 L Street NW, Suite 750<br>Washington, DC 20036<br>Phone: (202) 223-8073<br>Fax: (202) 223-8078 | : <br> : <br> : | |
| Respondent. | : | |

1

Complainant Steve Driehaus files this Complaint pursuant to Ohio Revised Code ("O.R.C.") § 3517.153(A), setting forth alleged violations of O.R.C. §§ 3517.21(B)(9) and (10) and O.R.C. § 3517.20 by Respondent Susan B. Anthony List ("SBA List"). Attached to this Complaint are the Affidavit of Steve Driehaus, as well as supporting affidavits from Democrats for Life and Catholics United, attesting to the facts constituting the alleged violations, based on personal knowledge. The relevant facts are set forth below and in the attached affidavits, with accompanying exhibits.

Steve Driehaus is a member of the United States House of Representatives. He represents Ohio's First Congressional District. He is a candidate for reelection on November 2, 2010.

Congressman Driehaus, a Democrat, is well-known in the First Congressional District as an opponent of abortion.

Attached hereto as Exhibit A is a political publication and advertisement disseminated by Respondent SBA List, which falsely states that Congressman Driehaus "voted FOR taxpayer-funded abortion."

The statement does not say which legislation Respondent is referring to, but based on other press releases issued by Respondent, we infer the SBA List is referring to the health care reform legislation, which Congressman Driehaus voted for on March 21, 2010, and which the President signed into law as the Patient Protection and Affordable Care Act ("PPACA").

Shortly after signing the PPACA, the President issued Executive Order 13535, attached hereto as Exhibit B, which has the force of law governing federal expenditures under the PPACA. Executive Order 13535 is intended "to establish a comprehensive, Government-wide set of policies and procedures ... to make certain that all relevant

1

actors – Federal officials, State officials (including insurance regulators) and health care providers – are aware of their responsibilities" under the PPACA.

Both the PPACA and Executive Order 13535 contain provisions ensuring that there will be no taxpayer-funded abortions as a result of the passage of the PPACA. The PPACA provides for "enhanced funding" to community health centers, but none of it legally can be spent on abortion services. The PPACA also makes provision for tax credits and cost-sharing reductions (equating to subsidies) to individuals and businesses to facilitate the purchase of insurance coverage through exchanges created by the PPACA, but mandatory segregation provisions in the PPACA, which are binding on both issuers and enrollees, ensure that no funding associated with them can pay for abortions.

In the time leading up to passage of the PPACA, Congressman Driehaus consistently advocated – in public and in private, including in conversations with the President and other Members of Congress – for language stating that the funding provided for in the PPACA would be subject to the longstanding federal ban on taxpayer-funded abortions, as first stated in the 1976 Hyde Amendment. In an op-ed piece published in the *Community Press* in July 2010, Congressman Driehaus described his efforts to ensure that the PPACA did *not* result in taxpayer-funded abortions. Exhibit C.

Congressman Driehaus and like-minded pro-life Democratic members of the House of Representatives were successful in securing language in both the PPACA and Executive Order 13535, ensuring that the PPACA would not permit or be construed as permitting taxpayer-funded abortions. As Executive Order 13535 states, the PPACA "maintains" the current federal restrictions under the Hyde Amendment "and extends

2

those restrictions to the newly created health insurance exchanges," which begin in 2014. Exhibit B.

Many organizations supported the health care reform legislation that became the PPACA *because* Congressman Driehaus and other Democratic members of the House of Representatives were successful in securing commitments that there would be language making clear the law would not permit or be construed as permitting taxpayer-funded abortions. *See* Affidavits of Kristen Day and James Salt, attached as Exhibits D and E.[1]

Despite the fact that the PPACA does not permit and in fact prohibits taxpayer-funded abortions, the SBA List and other groups opposed to Congressman Driehaus's reelection have published and disseminated the false statement about Congressman Driehaus contained in Exhibits A and F, with the avowed purpose of defeating him on November 2, 2010. For example, on August 9, 2010, the SBA List issued a press release stating that it would launch a 23-city bus tour with the message that "votes have consequences." Exhibit F. This press release indicated that the tour would "focus on educating voters that their representative voted for a health care bill that includes taxpayer-funded abortion and betrayed their pro-life constituents." *Id.* The release also stated that the SBA List is "focusing its efforts in the districts of so-called 'pro-life' Democrats," including "Steve Driehaus," quoting SBA List Project Director Marilyn Musgrave's promise that "'Votes have consequences and, for these pro-life betrayers, it will be a quick downhill slide to defeat in November.'" *Id.*

On September 28, 2010, a report in the online version of the *Cincinnati Enquirer* stated that the SBA List had announced it would put up four billboards in the Cincinnati

---

[1] Attached are faxed copies of these supporting affidavits. Originals will be filed with the Commission once they are received.

area attacking Congressman Driehaus. Exhibit G. The *Enquirer* report indicated that the billboards will go up on or about October 4, 2010 and stay up through at least October 31, 2010. *Id.* The *Enquirer* report included a photo of the billboards the SBA List intends to put up, which is identical to Exhibit A. It depicts Congressman Driehaus with the bold, all-capital headline "SHAME ON STEVE DRIEHAUS!" and the following underneath: "Driehaus voted FOR taxpayer-funded abortion." *Id.*

Respondent's statements in its advertisements, press releases, announcements of the planned billboards, and other communications falsely assert that Congressman Driehaus voted "FOR taxpayer-funded abortions," when in fact he consistently has opposed taxpayer-funded abortions and the net effect of his efforts and advocacy was a federal law, backed up by a Presidential Executive Order and reaffirmed by agency action, that actually prohibits the government, its agencies, and all relevant actors from using federal funds provided for under the law to pay for abortions.

These statements violate O.R.C. § 3517.21(B)(9), which prohibits a person during the course of a campaign from "[m]ak[ing] a false statement concerning the voting record of a candidate or public official." They also violate O.R.C. § 3517.21(B)(10), which makes it a violation to "[p]ost, publish, circulate, distribute or otherwise disseminate a false statement concerning a candidate, either knowing the same to be false or with reckless disregard for whether it was false or not, if the statement is designed to promote the election, nomination, or defeat of the candidate." Respondent is well aware that its statements about Congressman Driehaus's voting record in Exhibits A and F are false, or it has made them with reckless disregard for their falsity. It has made and repeated these false statements for its own partisan political reasons, *i.e.*, to promote the

election of Congressman Driehaus's opponent, Steve Chabot, and, thus, the defeat of Congressman Driehaus.

Pursuant to O.R.C. § 3517.20(A)(1), respondent's actions in disseminating and publishing these statements also constitute issuing political publications against a candidate as well as making expenditures for the purpose of financing political communications in opposition to a candidate through public political advertising. As such, they violate O.R.C. § 3517.20, insofar as they fail to contain the disclaimers and other information required by that section.

Congressman Driehaus respectfully requests an expedited hearing pursuant to O.R.C. §§ 3517.154(A)(2)(a) and 3517.156(B)(1), given the nature of the violations and the fact that this Complaint is being filed after the ninetieth day prior to the general election. Congressman Driehaus also respectfully requests that the Commission find that respondent has violated O.R.C. §§ 3517.21(B)(9) and (10), as well as O.R.C. § 3517.20.

Respectfully submitted,

*[signature]*

Paul M. De Marco (0041153)
W.B. Markovits (0018514)
Waite, Schneider, Bayless & Chesley Co., L.P.A.
1513 Fourth & Vine Street
Cincinnati, OH 45202
Telephone: (513) 621-0267
Fax: (513) 621-0262

# AFFIDAVIT OF STEVE DRIEHAUS

COUNTY OF HAMILTON )
) ss:
STATE OF OHIO )

Steve Driehaus, being first duly cautioned and sworn, states as follows:

1. I am the Complainant in this case, and a Member of the United States House of Representatives. I represent Ohio's First Congressional District, and am a candidate for reelection on November 2, 2010. I am a Democrat and well-known in my District as an opponent of abortion.

2. Exhibit A to the accompanying Complaint is a political publication and advertisement disseminated by the Susan B. Anthony List ("SBA List"), which states that I "voted FOR taxpayer-funded abortion." Exhibit F to the accompanying Complaint is a press release issued by the SBA List, which repeats the statement that I "voted for a health care bill that includes taxpayer-funded abortion ...." These statement are false. The health care reform legislation for which I voted, now known as the Patient Protection and Affordable Care Act ("PPACA"), does not provide for taxpayer-funded abortions. It prohibits the use of federal funding provided for in the Act to pay for abortions, as does Presidential Executive Order 13535. See Exhibit B to the accompanying Complaint. The SBA List is on record as having committed to my defeat on November 2, 2010. See Exhibit F to the accompanying Complaint.

3. Throughout my career in Congress and prior to it, I have consistently opposed taxpayer-funded abortions. In the time leading up to passage of the PPACA, I consistently advocated – in public and in private, including in conversations with the President and other Members of Congress – for language stating that the funding provided for in the PPACA would be subject to the longstanding federal ban on taxpayer-funded

abortions, as first stated in the 1976 Hyde Amendment. I was among a group of pro-life Democratic members of the House of Representatives whose efforts resulted in passage of the PPACA and the signing of Presidential Executive Order 13535, which included language that maintains that policy against taxpayer-funded abortions and extends it to the new insurances exchanges created by the PPACA, which begin in 2014. In an op-ed piece published this summer in the *Community Press* (see Exhibit C to the accompanying Complaint), I recounted my efforts and my consistent position in opposition to taxpayer-funded abortions.

4. Based on my personal knowledge of their falsity, the statements made by the SBA List about my voting record violate O.R.C. §§ 3517.21(B)(9) and (10).

5. I make this affidavit based on my personal knowledge, and declare under penalty of perjury that it is true and correct. Further affiant sayeth naught.

*Steve Driehaus*

Signed and sworn before a Notary Public this 4th day of October, 2010, in Cincinnati, Ohio.

*Paul M. De[Marco]*
Notary Public

PAUL DE MARCO
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

# SHAME ON STEVE DRIEHAUS!
Driehaus voted FOR taxpayer-funded abortion.

PAID FOR BY SUSAN B. ANTHONY LIST.  WWW.SBA-LIST.ORG


EXHIBIT A



Monday,
March 29, 2010

Part IV

# The President

Executive Order 13535—Ensuring Enforcement and Implementation of Abortion Restrictions in the Patient Protection and Affordable Care Act



EXHIBIT
B

Title 3—

The President

Executive Order 13535 of March 24, 2010

Ensuring Enforcement and Implementation of Abortion Restrictions in the Patient Protection and Affordable Care Act

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the "Patient Protection and Affordable Care Act" (Public Law 111–148), I hereby order as follows:

Section. 1. *Policy.* Following the recent enactment of the Patient Protection and Affordable Care Act (the "Act"), it is necessary to establish an adequate enforcement mechanism to ensure that Federal funds are not used for abortion services (except in cases of rape or incest, or when the life of the woman would be endangered), consistent with a longstanding Federal statutory restriction that is commonly known as the Hyde Amendment. The purpose of this order is to establish a comprehensive, Government-wide set of policies and procedures to achieve this goal and to make certain that all relevant actors—Federal officials, State officials (including insurance regulators) and health care providers—are aware of their responsibilities, new and old.

The Act maintains current Hyde Amendment restrictions governing abortion policy and extends those restrictions to the newly created health insurance exchanges. Under the Act, longstanding Federal laws to protect conscience (such as the Church Amendment, 42 U.S.C. 300a–7, and the Weldon Amendment, section 508(d)(1) of Public Law 111–8) remain intact and new protections prohibit discrimination against health care facilities and health care providers because of an unwillingness to provide, pay for, provide coverage of, or refer for abortions.

Numerous executive agencies have a role in ensuring that these restrictions are enforced, including the Department of Health and Human Services (HHS), the Office of Management and Budget (OMB), and the Office of Personnel Management.

Sec. 2. *Strict Compliance with Prohibitions on Abortion Funding in Health Insurance Exchanges.* The Act specifically prohibits the use of tax credits and cost-sharing reduction payments to pay for abortion services (except in cases of rape or incest, or when the life of the woman would be endangered) in the health insurance exchanges that will be operational in 2014. The Act also imposes strict payment and accounting requirements to ensure that Federal funds are not used for abortion services in exchange plans (except in cases of rape or incest, or when the life of the woman would be endangered) and requires State health insurance commissioners to ensure that exchange plan funds are segregated by insurance companies in accordance with generally accepted accounting principles, OMB funds management circulars, and accounting guidance provided by the Government Accountability Office.

I hereby direct the Director of the OMB and the Secretary of HHS to develop, within 180 days of the date of this order, a model set of segregation guidelines for State health insurance commissioners to use when determining whether exchange plans are complying with the Act's segregation requirements, established in section 1303 of the Act, for enrollees receiving Federal financial assistance. The guidelines shall also offer technical information that States should follow to conduct independent regular audits of insurance companies that participate in the health insurance exchanges. In developing these model guidelines, the Director of the OMB and the Secretary of HHS shall consult with executive agencies and offices that have relevant expertise in accounting

principles, including, but not limited to, the Department of the Treasury, and with the Government Accountability Office. Upon completion of those model guidelines, the Secretary of HHS should promptly initiate a rulemaking to issue regulations, which will have the force of law, to interpret the Act's segregation requirements, and shall provide guidance to State health insurance commissioners on how to comply with the model guidelines.

Sec. 3. *Community Health Center Program.* The Act establishes a new Community Health Center (CHC) Fund within HHS, which provides additional Federal funds for the community health center program. Existing law prohibits these centers from using Federal funds to provide abortion services (except in cases of rape or incest, or when the life of the woman would be endangered), as a result of both the Hyde Amendment and longstanding regulations containing the Hyde language. Under the Act, the Hyde language shall apply to the authorization and appropriations of funds for Community Health Centers under section 10503 and all other relevant provisions. I hereby direct the Secretary of HHS to ensure that program administrators and recipients of Federal funds are aware of and comply with the limitations on abortion services imposed on CHCs by existing law. Such actions should include, but are not limited to, updating Grant Policy Statements that accompany CHC grants and issuing new interpretive rules.

Sec. 4. *General Provisions.* (a) Nothing in this order shall be construed to impair or otherwise affect: (i) authority granted by law or Presidential directive to an agency, or the head thereof; or (ii) functions of the Director of the OMB relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees or agents, or any other person.

THE WHITE HOUSE,
*Washington, March 24, 2010.*

[FR Doc. 2010–7154
Filed 3–26–10; 1:00 pm]

The Executive Order Is Working
By Representative Steve Driehaus

Only a few months since the President signed the new health reform law, it is already clear that our work to prevent the use of taxpayer dollars for abortion is paying off. Before the House of Representatives cast its final vote for health care reform, I worked with other pro-life Democrats to secure a commitment from the President to sign an executive order clarifying and enforcing long-standing law banning the use of federal funds for abortion services. Even though executive orders carry the full force of law, opponents of reform who wanted to see the law fail have used the issue of abortion to launch political attacks, claiming that the executive order wasn't worth the paper it was written on.

Now that the executive order has been put to its first test, however, it's clear that it is working precisely as promised. Earlier this month, concerns arose that state-run high-risk insurance pools in Pennsylvania and New Mexico could possibly cover elective abortion services. In response to these concerns, the U.S. Department of Health and Human Services (HHS) issued this clear and unequivocal statement:

"As is the case with [Federal Employee Health Benefit] plans currently, and with the Affordable Care Act and the President's related Executive Order more generally, in Pennsylvania and in all other states abortions will not be covered in the Pre-existing Condition Insurance Plan (PCIP) except in the cases of rape or incest, or where the life of the woman would be endangered."

While some pro-life groups distorted the situation in order to mislead the public, the facts simply aren't on their side. According to the Associated Press, opponents of abortion have "scored a victory," and the Catholic bishops welcomed the HHS announcement. On the other hand, NARAL Pro-Choice America, a leading advocate for access to abortion services, called the decision "wrongheaded."

I made a commitment to ensure that no federal tax dollars would be used for abortion. That's why I fought so hard for an executive order that is consistent with pro-life values. There were doubts whether the executive order was strong enough to restrict that funding. With this application of the executive order, those doubts can be put to rest.

The reform that I supported protects the unborn, and will support and foster the health and security of millions of others. That is a true success for a pro-life agenda that promotes life from conception until natural death. As more and more states implement high-risk pools, and as other provisions of the Affordable Care Act are implemented, the recent decision by HHS sets an important precedent and inspires confidence that health care reform protects the sanctity of life at all stages.



## AFFIDAVIT OF KRISTEN DAY

Kristen Day, being first duly cautioned and sworn, states as follows:

1. I am the Executive Director of Democrats for Life and, in that capacity, I am required to be, and am, familiar with the voting record of Congressman Steve Driehaus. I am aware that the Susan B. Anthony List ("SBA List") has disseminated publications, press releases, advertisements, and other communications in which it states that Congressman Driehaus "voted FOR taxpayer-funded abortion." In my capacity as Executive Director of Democrats for Life, I am required to be, and am, aware of the provisions of the health care reform legislation for which Congressman Driehaus voted, which is now known as the Patient Protection and Affordable Care Act ("PPACA"). The statements made by the SBA List (*see* Exhibits A and F to the accompanying Complaint) about Congressman Driehaus's voting record are false. The PPACA does not mandate taxpayer-funded abortions. Actually, it contains provisions prohibiting taxpayer-funded abortions. In part because this language was included in the bill, Democrats for Life advocated for passage of the legislation.

2. I make this affidavit based on my personal knowledge and declare under penalty of perjury that it is true and correct. Further affiant sayeth naught.

*Kristen Day*
Kristen Day

Signed and sworn before a Notary Public this 4th day of October, 2010, in ~~Washington, D.C.~~
Commonwealth of Virginia
County of Fairfax

*Mallory Rascher*
Notary Public
Notary Reg # 7155068
My Commission Expires: 2/28/2012





EXHIBIT D

## AFFIDAVIT OF JAMES SALT

James Salt, being first duly cautioned and sworn, states as follows:

1. I am the Policy Director of Catholics United and, in that capacity, I am required to be, and am, familiar with the voting record of Congressman Steve Driehaus. I am aware that the Susan B. Anthony List ("SBA List") has disseminated publications, press releases, advertisements, and other communications in which it states that Congressman Driehaus "voted FOR taxpayer-funded abortion." In my capacity as Policy Director of Catholics United, I am required to be, and am, aware of the provisions of the health care reform legislation for which Congressman Driehaus voted, which is now known as the Patient Protection and Affordable Care Act ("PPACA"). The statements made by the SBA List (*see* Exhibits A and F to the accompanying Complaint) about Congressman Driehaus's voting record are false. The PPACA does not provide for taxpayer-funded abortions. Actually, it contains provisions prohibiting taxpayer-funded abortions. In part because this language was included in the bill, Catholics United advocated for passage of the legislation.

2. I make this affidavit based on my personal knowledge and declare under penalty of perjury that it is true and correct. Further affiant sayeth naught.

*James Salt*  10/4/10
James Salt

Signed and sworn before a Notary Public this 4th day of October, 2010, in Washington, D.C.

*Regina Brantley*
Notary Public

REGINA BRANTLEY
NOTARY PUBLIC, DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES MAY 14, 2015


EXHIBIT

15



# SBA List Launches "Votes Have Consequences" Bus Tour: Abortion is NOT Health Care

Share　Email　Print



\*\* MEDIA ADVISORY \*\*

FOR IMMEDIATE RELEASE: August 9, 2010
CONTACT: Kerry Brown at 703-470-1926 or kbrown@sba-list.org

# SBA LIST LAUNCHES 'VOTES HAVE CONSEQUENCES' BUS TOUR: ABORTION IS <u>NOT</u> HEALTH CARE

*First Day Brings Tour to Districts of Reps. Steve Driehaus (OH-01), Brad Ellsworth (IN-Senate), and Joe Donnelly (IN-02)*

OHIO & INDIANA—On Tuesday August 10, 2010 the Susan B. Anthony List's *Votes Have Consequences* Bus Tour will make its first stops in Cincinnati, OH; Muncie, Fort Wayne, and Elkhart, Indiana, as part of a 23-city tour and national voter education effort in the home districts of Members of Congress with the message that "votes have consequences." Each tour stop will feature local and state pro-life leaders and focus on educating voters that their representative voted for a health care bill that includes taxpayer-funded abortion and betrayed their pro-life constituents.

WHO: Marilyn Musgrave, Project Director, Susan B. Anthony List's "Votes Have Consequences"

    Bobbi Radeck, Local Pro-life Activist (Cincinnati)

    Paula Westwood, Executive Director, Right to Life of Greater Cincinnati (Cincinnati)

    Don Bates, Jr., Former Republican U.S. Senate Candidate (Muncie)

    Liz Brown, Councilwoman, Fort Wayne City (Fort Wayne and Elkhart)

    Karla DiFilippo, Coordinator, 40 Days for Life (Fort Wayne)

    Kathy Heuer, Candidate, Indiana House of Representatives, District 83 (Fort Wayne)

    Paula Hughes, Allen County Councilwoman, Second District (Fort Wayne)

    Cathie Humbarger, Executive Director, Allen County Right to Life (Fort Wayne)

    Sharon Kuhn, The Liberty Coalition (Fort Wayne)



Emery McClendon, The Liberty Coalition (Fort Wayne)

Kris Opper, Coordinator, Northeast Indiana Silent No More (Fort Wayne)

Mary Akre, Campaign Director, 40 Days for Life (Elkhart)

Wes Culver, Indiana State Representative, District 49 (Elkhart)

Pastor Ron Johnson, Jr., Executive Director, Indiana Pastors Alliance (Elkhart)

Doug Moore, WFRN Radio (Elkhart)

Peter Recchio, Co-Founder TEA-MAC/Co-Organizer Michiana 9/12 (Elkhart)

WHERE / WHEN:

8:45 AM, Cincinnati, OH Fountain Square, 500 Vine St., Cincinnati, OH 45202

12:15 PM, Muncie, IN Heekin Park, Vietnam Veteran's Memorial, E. Memorial Dr. at S. Monroe St., Muncie IN 47302

2:45 PM, Fort Wayne, IN Courthouse Plaza, 700 S. Clinton St., Fort Wayne, IN 46802

5:30 PM, Elkhart, IN Kardzhali Park, Directly Adjacent to Nibco Park, 303 Nibco Parkway, Elkhart, IN 46516

WHY: Marilyn Musgrave states, "During the health care battle, the abortion issue was a pivot point for the passage or failure of the entire bill. So-called 'pro-life' Democrats chose a last-minute fig leaf over standing up for the pro-life American majority they claimed to represent. We promised then that their vote would have consequences and that we would work hard to inform voters of their betrayal. For not one minute have we let up on that promise and next week we will take this message on the road directly to the voters in a 23-city bus tour. Votes have consequences and, for these pro-life betrayers, it will be a quick downhill slide to defeat in November."

The Susan B. Anthony List is focusing its efforts in the districts of so-called "pro-life" Democrats Steve Driehaus (OH-01), Marcy Kaptur (OH-09), Brad Ellsworth (IN-Senate), Baron Hill (IN-09), Joe Donnelly (IN-02) and Kathy Dahlkemper (PA-03) as part of its $1.5 million voter education effort, which includes this 23-city "Votes Have Consequences" bus tour. During the health care battle, the SBA List spent over $3 million in the fight to keep taxpayer-funded abortion out of the health care bill. SBA List has committed another $1.5 million to defeat so-called "pro-life" Democrats who voted for the bill. The first two victories of this effort were Rep. Bart Stupak's (MI-01) retirement and Rep. Alan Mollohan's (WV-01) primary election defeat in May.

*The Susan B. Anthony List is a nationwide network of Americans, over 280,000 residing in all 50 states, dedicated to mobilizing, advancing, and representing pro-life women in politics. Its connected Candidate Fund increases the percentage of pro-life women in the political process.*

For further information, please contact Kerry Brown at 703-470-1926 or kbrown@sba-list.org.

###

Copyright 2008 Susan B. Anthony List
information@sba-list.org

1707 L Street, NW, Suite 750, Washington, DC 20036 (202) 223-8073
privacy policy



**Cincinnati.Com**
POWERED BY YOU AND THE
Enquirer • Community Press

| HOME | NEWS | SPORTS | ENTERTAINMENT | LIVING | BUSINESS | COMMUNITIES | OPINION | PHOTOS & VIDEOS | OBITS | WE, |
| MAIN | ENQUIRER | NKY.COM | COMMUNITY PRESS | CINCINNATI USA | METROMIX | MOMS | CARS | HOMES | JOBS | YELLOW |

Comment, blog & share photos
Log in | Become a member

⦿ Our Sites  ◯ The Web

# Politics Extra
The inside scoop from Greater Cincinnati, Columbus & the nation's capital



## Group launching billboard attack on Driehaus
Posted by qtruong    September 28th, 2010, 2:39 pm    [Like]    2

### About This Blog
The Politics Extra team ha
of reporting experience. If
going on behind the scene
at Hamilton County Comm
or in Greater Cincinnati's c
is the place to come. And :
talk.

The **Susan B. Anthony List** is putting up four billboards attacking U.S. Rep **Steve Driehaus** (D-West Price Hill.)

The billboards will go up by Oct. 4 and stay through at least Oct. 31. The locations will be on Interstate 74 near the Colerain Avenue exit, Queen City and Harrison avenues, Reading and William Howard Taft roads, and one somewhere along I-75.

This is the same group that came to Cincinnati in August as part of its "Votes Have Consequences" bus tour. Our previous post on that can be read here.

Some pro-life groups, on the other hand, have been vocal about their support for Driehaus. To read more on that side of the debate, read this previous post.

Tim Mulvey, spokesman for Driehaus' campaign, had this response Tuesday:

> "The Susan B. Anthony List is spreading a lie–again. We've called on the SBA List and their allies to point to the single taxpayer dollar used to pay for an abortion. They can't. They have no facts. They're playing politics with abortion to promote a right-wing agenda."

The organization is paying $55,000 for a total of 32 billboards. The others will target other anti-abortion Congressional Democrats in Indiana and Pennsylvania who voted for the health care bill.

This is what the billboard will look like:

### Authors
Barry Horstman
Carl Weiser
Dennis Hetzel
Howard Wilkinson
Jane Prendergast
Jessica Brown
Jon Craig
Peter Urban
Quan Truong
Steve Kemme

### Categories
Select Category

### Recent Posts
Driehaus' new ad: "Chabot
Democrats outpacing GOP voting
Poll: Ohioans angrier than :
Group launching billboard :
Jim Tarbell chat: Transcript





18