# *Commission's Probable Cause Hearing Transcript*

**Exhibit 5**

Page 1

1                      BEFORE THE

2              OHIO ELECTIONS COMMISSION

3                 PROBABLE CAUSE PANEL

4                    - - - - -

5   IN RE:              :

6   Steve Driehaus,     :

7         Complainant, :

8      vs.              :   Case Nos.
                            201E-084, 2010E-096
9   Susan B. Anthony    :
    List, et al.,
10                       :
          Respondents.
11

12                   - - - - -

13       Proceedings before Chairman John R.

14   Mroczkowski, Commissioners Harvey H. Shapiro

15   and Chuck Calvert, and Executive Director

16   Philip C. Richter, taken at the Ohio Elections

17   Commission, 21 West Broad Street, Sixth Floor,

18   Columbus, Ohio, on Thursday, October 14, 2010,

19   at 9:55 o'clock a.m.

20                   - - - - -

21

22

23

24

RECEIVED

OCT 2 0 2010

OHIO ELECTIONS COMMISSION

Page 2

```
 1   APPEARANCES:

 2            Waite, Schneider, Bayless
                & Chesley Co., LPA
 3            1513 Fourth & Vine Tower
              Cincinnati, Ohio  45202
 4            By Mr. Paul M. DeMarco,

 5                 On behalf of the Complainant.

 6            Bopp, Coleson & Bostrom
              One South Sixth Street
 7            Terre Haute, Indiana  47807
              By Mr. Joseph E. LaRue and
 8            Mr. James Bopp, Jr.,

 9                 On behalf of the Respondents.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Page 3

1                    - - - - -

2           P R O C E E D I N G S

3                    - - - - -

4           CHAIRMAN MROCZKOWSKI:  The next case

5    before us is 2010E-084.

6           MR. RICHTER:  Mr. Chairman, members,

7    briefly before the matter is taken under

8    consideration, there's a couple of kind of

9    house-cleaning items.

10          One is, one relates to the fact that

11   counsel for the respondent here, the Susan B.

12   Anthony List, is an out-of-state counsel.

13   Request has been made to allow him to appear

14   before this commission pro hac vice as an

15   out-of-state lawyer.  I'd recommend that we

16   approve -- that the Chairman approve that

17   motion to allow him to appear.

18          CHAIRMAN MROCZKOWSKI:  And that

19   person is?

20          MR. RICHTER:  Mr. LaRue, Joseph

21   LaRue.

22          MR. LARUE:  No, sir, I'm an Ohio

23   lawyer, but I made the motion on behalf of Mr.

24   Bopp, Mr. James Bopp, Jr.

Page 4

1          MR. RICHTER:  Oh, okay, sorry.

2          MR. LARUE:  That's all right.

3          MR. RICHTER:  My mistake.  Then for

4   Mr. Bopp.

5          CHAIRMAN MROCZKOWSKI:  Commission

6   members?

7          MR. CALVERT:  I have no objection.

8          MR. SHAPIRO:  I have no objection.

9   I move that we accept that and allow that.

10          CHAIRMAN MROCZKOWSKI:  The record

11   will show that Attorney James Bopp will be an

12   attorney of record.  Mr. DeMarco?

13          MR. DEMARCO:  No objection.

14          MR. RICHTER:  One other item, I

15   don't know that the Commission needs to take

16   it up right away; I've addressed this briefly

17   with you prior to the commencement of the

18   meeting.  Along with this complaint, we have

19   another complaint, 2010E-096, that was filed

20   that is right now listed on today's 3:00

21   probable cause panel agenda.

22          In brief conversation that I had,

23   Mr. DeMarco is aware of it.  Mr. LaRue, who is

24   co-counsel for the respondent, is also aware

Page 5

1    of it.  My staff had conversation with Mr.

2    DeMarco, indicated he would like to see it

3    addressed this morning, and I had a

4    conversation with Mr. LaRue in which he

5    indicated that while his preference was not to

6    have it addressed at all, that if it were to

7    be addressed by the Commission, his preference

8    would be to have it addressed at this

9    morning's meeting, as well.

10           So we would need to have a motion to

11   add that to the agenda.  I'm not sure if you

12   want to get other comments from counsel as it

13   relates to the particular status of this

14   complaint, but my recommendation would be that

15   we add that to the agenda today, or to this

16   morning's agenda, mainly for the convenience

17   of the parties.

18           MR. SHAPIRO:  Are you suggesting

19   consolidation of the two cases, or?

20           MR. RICHTER:  Yeah, I would say yes,

21   only because all of the statements that are at

22   issue evolve out of the same circumstances,

23   and it involved the same parties and the same

24   counsel, so that would be my recommendation.

Page 6

1           MR. SHAPIRO:  Do respondents agree

2   to that, also?

3           MR. BOPP:  Yes, Your Honor.

4           MR. SHAPIRO:  All right.  Then I

5   move that we consolidate cases 2010E-084 and

6   2010E-096 for purposes of hearing that this

7   morning.

8           MR. CALVERT:  I'll second that

9   motion.

10          CHAIRMAN MROCZKOWSKI:  Correctly

11  moved and seconded that we combine cases

12  2010E-084 and 2010E-096 and hear those cases

13  this morning.  Any further discussion?

14          All those in favor, signify by

15  saying aye.

16          MEMBERS:  Aye.

17          CHAIRMAN MROCZKOWSKI:  Opposed, no.

18  Ayes have it.

19          Mr. DeMarco.

20          MR. DEMARCO:  Good morning, members

21  of the Commission.  Paul DeMarco for Steve

22  Driehaus, member of Congress in the First

23  Congressional District.  There are three

24  allegations in this particular case as

1    consolidated.

2          First, I want to deal with the

3    disclaimer allegation violation at .20(A) on

4    this ad and political communication.

5          The SBA, which fits within the

6    "other entity" and also "political action

7    committee" definition, electronically

8    disseminated this ad, as evidenced by

9    Exhibit G.  That fits within the general

10   publication language of .2(A).  It is a form

11   of advertisement, according to their own

12   answer on page 1, and it is against the

13   congressman in order to defeat him.

14         Exhibit F at page 2 announces that

15   the SBA List, quote, has committed $1.5

16   million to defeat so-called Pro-Life Democrats

17   who voted for the bill identifying Congressman

18   Driehaus by name.  And it also has a Web site

19   in which it endorses his opponent.

20         So this is a political communication

21   under .2(A) by another entity, which must bear

22   the disclaimer language and does not, and

23   therefore, that is a violation of .2(A).

24         The second allegation deals with the

Page 8

1     falsity of the ad itself.  If the hundred

2     pages that respondent has filed in response to

3     the complaint are any indication, they will

4     tell you that this ad merely asserts their

5     opinion.

6              Let me remind the members of the

7     Commission exactly what they said.  Exhibit A,

8     quote:  Driehaus voted for taxpayer-funded

9     abortion.  Unquote.

10             Exhibit F:  Driehaus voted for a

11    health care bill that includes taxpayer-funded

12    abortion.  Unquote.

13             And as to the notion that this is

14    merely their opinion, Exhibit H, issued on

15    October 7th, after the filing in this case,

16    rather than a retraction, we have another

17    political communication in which they say,

18    quote:  It is a fact -- not opinion -- it is a

19    fact that Steve Driehaus has voted for a bill

20    that includes taxpayer funding of abortions.

21             Their ads and political

22    communications do not say that he voted for a

23    bill that, with those hundred pages of

24    what-ifs, might some day lead to the federal

1    funding of abortion if things that have never

2    happened before occur.

3            Rather, they flatly stated that the

4    bill that he voted for, unlike the other cases

5    we've talked about this morning, there is a

6    law that has been passed and that he voted

7    for, and they have to demonstrate where in

8    that law there is included a provision that

9    actually created a federal funding source and

10   then directed that federal funding mechanism

11   to abortions.

12           Rather than there being such a

13   provision, there is actually a prohibition in

14   the law that Congressman Driehaus voted for,

15   and it is contained in Section 1302, entitled

16   Prohibition on the Use of Federal Funds.

17           So not only is this a situation

18   where they cannot demonstrate that he voted

19   for something, he actually voted for the

20   opposite.

21           Now, if their hundred pages -- if

22   they had a provision in this bill that showed

23   that he voted for a bill that created a

24   federal funding mechanism and directed that

1    federal funding mechanism to abortion, they

2    wouldn't, with all due respect, need 100 pages

3    to try to convince you of that.  One page

4    would do.  Show us the provision in the bill.

5    They cannot do that.

6            They raise the specter of other

7    hypothetical events happening.  Community

8    health centers, for example, would be allowed,

9    they say, under this bill, impliedly

10   authorized to perform abortions.

11           That's not the reality.  The reality

12   is, community health centers have existed for

13   30 years; they've never performed abortions,

14   because by federal regulation they cannot.

15           They raise the specter of this new

16   animal, high-risk pools, which are these

17   insurance plans that will exist until the

18   preexisting condition coverage is in effect in

19   2014.  They say the high risk pools could

20   cover abortions.

21           Not so.  As they concede themselves,

22   in the Johnson affidavit at paragraph 40, the

23   Department of Health and Human Services has

24   determined no funding of abortions in the

1  high-risk pools.

2          There is no basis, members of the

3  Commission, for their statement.

4          Furthermore, if you look at the very

5  pivotal affidavit of Kristin Day, she

6  documents a meeting at which pro-life

7  organizations and members of Congress were

8  present.  The statement was made:  We cannot

9  really say this is federal funding for

10  abortions.

11          And from that time on, the SBA List

12  consistently has taken the opposite position.

13  Even though it was stated at a meeting of

14  pro-life organizations, there was general

15  recognition, no refutation, the SBA List

16  continued thereafter to make this

17  characterization.

18          The third allegation in this

19  complaint is another false statement.  And

20  that is, after this complaint was filed, they

21  issued another political communication in

22  which they attacked Congressman Driehaus and

23  promoted his defeat, and they added this:

24  That he, quote, ordered Lamar Companies, which

1   is the billboard company, not to put up

2   billboards until the matter was settled by the

3   Ohio Elections Commission.

4           This statement is a fabrication.  It

5   did not occur.  As Congressman Driehaus says

6   in paragraph 4 of his affidavit:  I have never

7   spoken to anyone from Lamar Advertising, much

8   less issued any orders to that company about

9   the billboards that the SBA List has

10  threatened to put up falsely accusing me of

11  voting for taxpayer-funded abortion, nor has

12  anyone acting on my behalf ordered Lamar not

13  to put up the billboards.  It is simply a

14  fabrication.

15          We ask that probable cause be found

16  on all of the allegations of the complaint

17  that I have outlined.

18          And I would reserve the balance of

19  my time.

20          CHAIRMAN MROCZKOWSKI:  To clarify,

21  if you would, Mr. DeMarco, you're talking

22  about basically a disclaimer and a false

23  statement?

24          MR. DEMARCO:  A disclaimer and two

1   false statements.   Actually, the false

2   statements as to the ad consist of three

3   statements, which are consistent with one

4   another, and then a separate false statement

5   about him having ordered the billboard

6   company.

7          CHAIRMAN MROCZKOWSKI:   I just wanted

8   to get that clear.   Thank you.

9          MR. RICHTER:   Briefly, just before

10  we continue, you went beyond your time, Mr.

11  DeMarco, which is not the end of the world,

12  nobody stopped you, but I'll give you the same

13  accommodation, Mr. Bopp, as well.

14         MR. BOPP:   Thank you very much, and

15  thank you for allowing me to participate in

16  this hearing and before this Commission.

17         This is a probable cause hearing.

18  However, we are suffering damage today, we've

19  been suffering damage ever since this

20  complaint was filed, and that is because Mr.

21  DeMarco on behalf of the congressman contacted

22  the advertising agency and threatened to sue

23  them if they didn't agree not to place our

24  billboards up, as they had contracted to do.

1        And they sent a letter that

2    confirmed this, and, of course, this is the

3    reference we have made to ordering the

4    billboard company not to put up the

5    billboards; that is, he threatened them with

6    suit if they did so.

7        CHAIRMAN MROCZKOWSKI:  I don't

8    believe we have any jurisdiction over any of

9    that.  We're here to hear the issues on the

10   complaint, and if you would, sir, keep your

11   comments to that and we'll go from there.

12       MR. BOPP:  Well, his last complaint,

13   as I understood it, is that he is complaining

14   that we said in the press release that they

15   had ordered the billboard company, that is,

16   the congressman, not to put up the billboards.

17   And this is the evidence that they did that.

18       Now, furthermore, I brought it to

19   the Commission's attention because if you bind

20   this thing over for a hearing, we will

21   continue for the next two weeks to suffer the

22   denial of our First Amendment rights.  So from

23   our standpoint, while I understand this is a

24   probable cause hearing, it is very

1    consequential to the right of my client to

2    speak about these matters.

3           Now, as to the disclaimer, this is a

4    federal race.  Federal races are governed by

5    the Federal Election Campaign Act.  There is

6    no state laws that can provide for

7    disclaimers; that is preempted by federal law.

8    So there is no state requirement on a

9    communication involving a federal race that

10   you must have a state-approved disclaimer,

11   because this is a federal race governed by the

12   Federal Election Campaign Act.

13          Secondly, as to the claimed false

14   statement that the congressman voted for

15   taxpayer-funded abortion:  Of course, we were,

16   as has been acknowledged, talking about the

17   passage of Obamacare.

18          When Obamacare was adopted, 34

19   Democrats as well as all Republicans voted

20   against it.  The vast majority of those

21   Democrats voted against Obamacare, that the

22   Congress voted for, because, as Congressman

23   Lipps of Illinois, a Democrat Congressman,

24   said:  Of great concern to me and to a

1   significant majority of my constituents, the

2   bill changes current federal law and provides

3   funding for abortion.  This is not acceptable.

4           So the vast majority of Democrats

5   who opposed this did so on the same grounds

6   that Susan B. Anthony List is saying that a

7   vote for this bill would provide funding of

8   abortion.

9           Now, most obvious to that, and there

10  are four provisions of the bill that we want

11  to make reference to, which we have discussed

12  in our submissions, that allow for funding of

13  abortion.

14          Now, two of those -- and the only

15  one that they ever discussed or Professor

16  Joyce mentions is the second one:  Where there

17  is a specific provision that limits funding of

18  abortion to life of the mother, rape and

19  incest.

20          So if we stop right there, this bill

21  allows for taxpayer funding of abortion for

22  life, rape and incest.  That's taxpayer

23  funding of abortion.  That is not a policy my

24  client would support.  They would support only

1   taxpayer funding of abortion for life of the

2   mother, not for rape and incest.

3          So Obamacare, with its expanded

4   exceptions of rape and incest, are for

5   providing for funding of abortion,

6   unquestionably, and to the extent that my

7   client objects.

8          Now, secondly, only these two

9   provisions, here and here (indicating), have a

10  specific provision that prevents funding of

11  abortion.  The others, this one and these two,

12  there is no statutory provision that prevents

13  funding of abortion.  In fact, one of those

14  provisions specifically allows for funding of

15  abortion:  Abortions for which public funding

16  is allowed.

17         So there is statutory authorization

18  for publicly funded abortions under Obamacare

19  in the statute.

20         Now, right now, because of the Hyde

21  Amendment, which is a separate provision of an

22  appropriations bill which is not part of

23  Obamacare, this would be limited to life of

24  the mother, rape and incest.  That is funding

1   of abortion, beyond what my client would

2   support, but if that ever goes down, which it

3   has to be renewed year after year after year,

4   then the statute authorizes the funding of

5   abortion.  That's what we said he voted for, a

6   statute that authorizes the funding of

7   abortion.

8           Now, let me go back to this chart

9   and drill down into this one provision here,

10  and this is the provision --

11          MR. SHAPIRO:  What's the section

12  number of that provision?

13          MR. BOPP:  That is 101 -- excuse me.

14  It's 1101, which creates immediate temporary

15  preexisting condition insurance plans.  That

16  is for high-risk patients.

17          Now, the Congressional Research

18  Service on July 23rd -- and the Congressional

19  Research Service is bipartisan -- issued a

20  report, which is Exhibit N, confirming that

21  neither the Hyde Amendment nor any provision

22  of PPACA -- which is this, the statute --

23  prevented the use of funds in the high-risk

24  preexisting condition insurance plans from

1    being used to cover abortion.

2          So it's allowed, according to the

3    Congressional Research Service, by that

4    provision.

5          Now, it is true that when plans were

6    approved that included abortion, the Obama

7    administration adopted another rule,

8    administrative rule, that said we're not going

9    to approve those plans.  The ACLU said, about

10   that action of the White House:  The White

11   House has decided to voluntarily impose the

12   ban for all women in the newly created

13   high-risk insurance pools.

14         What is disappointing is that there

15   is nothing in the law that requires the Obama

16   administration to impose this broad and highly

17   restrictive abortion ban.  Nothing in the law.

18   It is the law that the advertisement refers

19   to, it is the law that allows for federally

20   funded abortions, and so that statement is

21   categorically true, which we said about the

22   congressman, and therefore this should be

23   dismissed.

24         MR. SHAPIRO:  Sir, could you state

Page 20

1    your name and address for the record.

2             MR. BOPP:  Yes.  It's James Bopp

3    Jr., and I'm sorry, I don't know who asked me

4    that.

5             MR. SHAPIRO:  I asked you that.

6             MR. BOPP:  Oh, I'm sorry, okay, for

7    her.  James Bopp, Jr.  It's One South Sixth

8    Street, Terre Haute, Indiana, 47807.

9             MR. SHAPIRO:  Thank you.

10            CHAIRMAN MROCZKOWSKI:  Rebuttal, Mr.

11   DeMarco?

12            MR. RICHTER:  About a minute, Mr.

13   DeMarco.

14            MR. DEMARCO:  Thank you.  May I

15   actually use the chart on both of these

16   points?

17            The representation was made that

18   this creates federal funding for abortions.

19   That is a reference to the Hyde Amendment,

20   which already was federal law.  There is no

21   language in this bill that creates new federal

22   funding.  It's already permitted under the

23   Hyde Amendment.

24            Now, if they want to say that the

1  Hyde Amendment is federal funding for

2  abortions, that's a different story, but

3  that's not in the bill that was voted for by

4  Congressman Driehaus.  That's a preexisting

5  law that was voted for by, not just this

6  Congress, but every other Congress since 1976.

7       I want you to take a look, for

8  example, at their own affidavit.  Mr. Johnson.

9  He talks about taxpayer funding abortions in

10  narrow circumstances.  He defines it in

11  paragraph 14.  He says:  A vote for that is

12  not a vote for taxpayer funding of abortion.

13       So their thesis is, if it doesn't

14  prohibit it expressly, like in high-risk

15  pools, then it must authorize funding for it.

16       Not true.  High-risk pools have been

17  ruled out by the Department of Health and

18  Human Services already, as have the community

19  health centers.  The references in those

20  charts are to preexisting law, not new sources

21  of funding.  They are in there as definitional

22  provisions so that you can understand the

23  prohibition in what I handed to you, which is

24  1303.

1              The prohibition also includes

2     segregation by the enrollee; they have to pay

3     by separate check; it never flows through the

4     federal government for abortion coverage; and

5     the issuer has to segregate totally.  There is

6     complete segregation on the part of the

7     enrollee and the issuer.  Therefore, there is

8     no federal funding of abortion in this bill.

9              CHAIRMAN MROCZKOWSKI:  Questions of

10    the Commission?  Mr. Shapiro.

11             MR. SHAPIRO:  Mr. DeMarco, could you

12    address the jurisdictional, a question where

13    counsel says that this Commission has no

14    authority with regard to disclaimers because

15    it's a federal election; what's your response

16    to that?

17             MR. DEMARCO:  I see nothing in .20

18    that would except from the obligation to issue

19    the disclaimer an out-of-state company -- or

20    out-of-state entity that is trying to

21    influence a federal election in Ohio.

22             This entity pulled a bus into

23    Cincinnati in August as part of this campaign.

24    I can't imagine that that -- and as part of

Page 23

1    this campaign wants to put billboards and up

2    and whatnot.  I can't imagine them making an

3    argument they're not subject to this

4    jurisdiction.

5         CHAIRMAN MROCZKOWSKI:  Any other

6    questions?

7         Director, there was an issue made by

8    counsel about the rights of this Commission

9    dealing with federal elections.  What's the

10   status?

11        MR. RICHTER:  Were this organization

12   to have established itself as a political

13   action committee in Ohio by filing either --

14   presumably considering where they're working,

15   either in the Hamilton County Board of

16   Elections or with the State of Secretary, then

17   I believe they would be subjected to Ohio's

18   disclaimer law.

19        However, as they are acting in a

20   federal election, and this Commission, as we

21   all know, is preempted dealing in general with

22   campaign finance laws for federal campaigns,

23   as there are federal statutes; in addition, as

24   it relates to the disclaimer law, there are

1    federal statutes that preempt the Commission's

2    applicability in these kinds of situations.

3              So I would tend to agree that in

4    this particular instance, the obligation on

5    the Susan B. Anthony List would be to comply

6    with federal law under these circumstances.

7              MR. SHAPIRO:  Mr. Chairman.

8              Mr. Director, this is an Ohio

9    election for a representative to go to

10   Washington.  This isn't a nationwide election;

11   it's not a federal election, as I understand

12   it.  We deal with all elections that take

13   place in Ohio except the President, which is a

14   federal election.

15             If you are campaigning in Ohio,

16   you're subject to the Ohio election laws.  If

17   they have not registered, that may be another

18   issue.  But where you're submitting political

19   materials in a campaign that is an Ohio

20   election, you're subject to our laws.  I'm not

21   sure I understand your position.

22             MR. RICHTER:  Well, I would agree

23   with you as it relates to the false statement

24   sections.  There is no federal statute that

1    places any restrictions on political -- on

2    whether there are false statements in campaign

3    materials.

4             But were we to allow this proceeding

5    to go forward as it relates to the disclaimer

6    on this group, then you could also make the

7    same argument as it relates to any of the

8    campaign commercials of the various, either

9    organizations that are operating or with

10   regard to the candidates, because they were

11   all governed by federal law, and the

12   disclaimer requirements placed on federal

13   candidates is different than Ohio's disclaimer

14   law.

15            MR. SHAPIRO:  With regard to their

16   finances.

17            MR. RICHTER:  No, no, no, with

18   regard to their campaign materials.  If you

19   ever look at a TV commercial or any other

20   materials that are circulated by a federal

21   campaign, their disclaimers are different, as

22   is allowed by federal law, than is required

23   under Ohio's statute.

24            And as it relates to their

Page 26

1   operations -- I appreciate that they are on

2   the Ohio ballot and they're Ohio candidates in

3   that regard, but as it relates to their

4   campaign finance activities and as it relates

5   to their other procedural aspects of their

6   campaigns, federal law covers the field there

7   and prescribes any action, I believe,

8   prescribes any action by this Commission as it

9   relates to those aspects of campaigning and

10  campaign finance law.

11          MR. CALVERT:  Mr. Chairman.

12          CHAIRMAN MROCZKOWSKI:  Yes, Mr.

13  Calvert.

14          MR. CALVERT:  I think we've

15  addressed this issue in the past, that the

16  disclaimer is related to who paid for the ad

17  and is part of the finance rules, and those

18  are controlled by the federal government, not

19  the state.  We've had this issue several times

20  since I've been here, and I think we've ruled

21  that the disclaimer has to meet the federal,

22  and if there's a problem with it, they take it

23  to the Federal Elections Commission.

24          CHAIRMAN MROCZKOWSKI:  Then as far

1    as the complaint dealing with the disclaimer,

2    what's the wishes of the Commission?

3            MR. CALVERT:  I make a motion with

4    regard to the disclaimer that we find no

5    probable cause and dismiss it.

6            CHAIRMAN MROCZKOWSKI:  Because of

7    lack of jurisdiction?  I'll second that.

8    We'll have a roll call.

9            MR. RICHTER:  Mr. Shapiro.

10           MR. SHAPIRO:  No.

11           MR. RICHTER:  Mr. Calvert.

12           MR. CALVERT:  Yes.

13           MR. RICHTER:  Mr. Mroczkowski.

14           CHAIRMAN MROCZKOWSKI:  Yes.

15           MR. RICHTER:  Motion passes two to

16    one.

17           CHAIRMAN MROCZKOWSKI:  The

18    allegations as far as false statements do fall

19    within the jurisdiction of this Commission.

20    Am I correct, Director?

21           MR. RICHTER:  That's correct, Mr.

22    Chairman, and that has been substantiated, or

23    upheld, I should say, in prior cases that the

24    Commission has addressed.

Page 28

1          CHAIRMAN MROCZKOWSKI:  As far as the

2     issues of false statement, what's the

3     Director's recommendation on cases 2009E-084

4     and 096?

5          MR. RICHTER:  My recommendation is

6     to find no probable cause and dismiss.

7          MR. CALVERT:  Correction, if I may.

8     You said 2009.  They're 2010, sir.  Just for

9     the record.

10          CHAIRMAN MROCZKOWSKI:  I stand

11     corrected.  2010E-086 and 096.

12          MR. CALVERT:  2010E-084 and 096.

13          CHAIRMAN MROCZKOWSKI:  What do I

14     have, two different cases here?  Yes, I do.

15     All right.  We'll start this thing over again.

16          In cases 2010E-084 and 096, the

17     Director's recommendation is to find no

18     probable cause and dismiss.  What's the wishes

19     of the Commission?

20          MR. CALVERT:  Mr. Chairman?

21          CHAIRMAN MROCZKOWSKI:  Yes.

22          MR. CALVERT:  I make a motion in

23     case 2010E-084 and 2010E-096 that we find no

24     probable cause and dismiss the two cases.

Page 29

1          CHAIRMAN MROCZKOWSKI:  Seems that

2    motion dies for lack of a second.  Is there

3    another motion before this Commission?

4          MR. SHAPIRO:  Mr. Chairman, with

5    regard to the false statement charges in 084

6    and 096, I move that we find probable cause

7    and set this matter for a hearing before the

8    full commission.

9          CHAIRMAN MROCZKOWSKI:  I second that

10   motion.  Any discussion?

11         Roll call.

12         MR. RICHTER:  Mr. Calvert.

13         MR. CALVERT:  No.

14         MR. RICHTER:  Mr. Shapiro.

15         MR. SHAPIRO:  Yes.

16         MR. RICHTER:  Mr. Mroczkowski.

17         CHAIRMAN MROCZKOWSKI:  Yes.

18         MR. RICHTER:  Motion passes two to

19   one.

20              - - - - -

21         Thereupon, the proceedings were

22         concluded at 10:26 o'clock a.m.

23              - - - - -

24

Page 30

1                    CERTIFICATE

2

3        The undersigned do hereby certify that

4    the foregoing proceedings were digitally

5    recorded, electronically transmitted, and

6    transcribed via audible playback, and that

7    the foregoing transcript of such proceedings

8    is a full, true and correct transcript of

9    the proceedings as so recorded.

10

11       IN WITNESS WHEREOF, I have hereunto set

12   my hand and affixed my seal of office at

13   Columbus, Ohio, on this 19th day of

14   October 2010.

15

16

17   _____

18   JENNIFER L. KOONTZ
     Certified Digital Reporter
19   Notary Public - State of Ohio.
     My commission expires September 15, 2013.
20

21

22   _____

23   DONNA J. BELLOUS
     Certified Digital Transcriber
24

## A

**abortion (26)**
8:9,12 9:1 10:1
12:11 15:15
16:3,8,13,18,21
16:23 17:1,5,11
17:13,15 18:1,5
18:7 19:1,6,17
21:12 22:4,8
**abortions (13)**
8:20 9:11 10:10
10:13,20,24
11:10 17:15,18
19:20 20:18
21:2,9
**accept (1)**
4:9
**acceptable (1)**
16:3
**accommodatio...**
13:13
**accusing (1)**
12:10
**acknowledged (1)**
15:16
**ACLU (1)**
19:9
**Act (2)**
15:5,12
**acting (2)**
12:12 23:19
**action (5)**
7:6 19:10 23:13
26:7,8
**activities (1)**
26:4
**ad (6)**
7:4,8 8:1,4 13:2
26:16
**add (2)**
5:11,15
**added (1)**
11:23
**addition (1)**
23:23
**address (2)**
20:1 22:12
**addressed (7)**
4:16 5:3,6,7,8

26:15 27:24
**administration ...**
19:7,16
**administrative ...**
19:8
**adopted (2)**
15:18 19:7
**ads (1)**
8:21
**advertisement (2)**
7:11 19:18
**advertising (2)**
12:7 13:22
**affidavit (4)**
10:22 11:5 12:6
21:8
**affixed (1)**
30:12
**agency (1)**
13:22
**agenda (4)**
4:21 5:11,15,16
**agree (4)**
6:1 13:23 24:3,22
**al (1)**
1:9
**allegation (3)**
7:3,24 11:18
**allegations (3)**
6:24 12:16 27:18
**allow (5)**
3:13,17 4:9 16:12
25:4
**allowed (4)**
10:8 17:16 19:2
25:22
**allowing (1)**
13:15
**allows (3)**
16:21 17:14
19:19
**Amendment (6)**
14:22 17:21
18:21 20:19,23
21:1
**animal (1)**
10:16
**announces (1)**
7:14

**answer (1)**
7:12
**Anthony (4)**
1:9 3:12 16:6
24:5
**appear (2)**
3:13,17
**APPEARANC...**
2:1
**applicability (1)**
24:2
**appreciate (1)**
26:1
**appropriations ...**
17:22
**approve (3)**
3:16,16 19:9
**approved (1)**
19:6
**argument (2)**
23:3 25:7
**asked (2)**
20:3,5
**aspects (2)**
26:5,9
**asserts (1)**
8:4
**attacked (1)**
11:22
**attention (1)**
14:19
**attorney (2)**
4:11,12
**audible (1)**
30:6
**August (1)**
22:23
**authority (1)**
22:14
**authorization (1)**
17:17
**authorize (1)**
21:15
**authorized (1)**
10:10
**authorizes (2)**
18:4,6
**aware (2)**
4:23,24

**aye (2)**
6:15,16
**Ayes (1)**
6:18
**a.m (2)**
1:19 29:22

## B

**B (4)**
1:9 3:11 16:6
24:5
**back (1)**
18:8
**balance (1)**
12:18
**ballot (1)**
26:2
**ban (2)**
19:12,17
**basically (1)**
12:22
**basis (1)**
11:2
**Bayless (1)**
2:2
**bear (1)**
7:21
**behalf (5)**
2:5,9 3:23 12:12
13:21
**believe (3)**
14:8 23:17 26:7
**BELLOUS (1)**
30:23
**beyond (2)**
13:10 18:1
**bill (17)**
7:17 8:11,19,23
9:4,22,23 10:4,9
16:2,7,10,20
17:22 20:21
21:3 22:8
**billboard (4)**
12:1 13:5 14:4,15
**billboards (7)**
12:2,9,13 13:24
14:5,16 23:1
**bind (1)**
14:19

**bipartisan (1)**
18:19
**Board (1)**
23:15
**Bopp (15)**
2:6,8 3:24,24 4:4
4:11 6:3 13:13
13:14 14:12
18:13 20:2,2,6,7
**Bostrom (1)**
2:6
**brief (1)**
4:22
**briefly (3)**
3:7 4:16 13:9
**broad (2)**
1:17 19:16
**brought (1)**
14:18
**bus (1)**
22:22

## C

**C (2)**
1:16 3:2
**call (2)**
27:8 29:11
**Calvert (15)**
1:15 4:7 6:8
26:11,13,14
27:3,11,12 28:7
28:12,20,22
29:12,13
**campaign (12)**
15:5,12 22:23
23:1,22 24:19
25:2,8,18,21
26:4,10
**campaigning (2)**
24:15 26:9
**campaigns (2)**
23:22 26:6
**candidates (3)**
25:10,13 26:2
**care (1)**
8:11
**case (5)**
1:8 3:4 6:24 8:15
28:23

cases (10)
5:19 6:5,11,12
9:4 27:23 28:3
28:14,16,24
categorically (1)
19:21
cause (10)
1:3 4:21 12:15
13:17 14:24
27:5 28:6,18,24
29:6
centers (3)
10:8,12 21:19
CERTIFICAT...
30:1
Certified (2)
30:18,23
certify (1)
30:3
Chairman (32)
1:13 3:4,6,16,18
4:5,10 6:10,17
12:20 13:7 14:7
20:10 22:9 23:5
24:7 26:11,12
26:24 27:6,14
27:17,22 28:1
28:10,13,20,21
29:1,4,9,17
changes (1)
16:2
characterizatio...
11:17
charges (1)
29:5
chart (2)
18:8 20:15
charts (1)
21:20
check (1)
22:3
Chesley (1)
2:2
Chuck (1)
1:15
Cincinnati (2)
2:3 22:23
circulated (1)
25:20

circumstances (3)
5:22 21:10 24:6
claimed (1)
15:13
clarify (1)
12:20
clear (1)
13:8
client (4)
15:1 16:24 17:7
18:1
Coleson (1)
2:6
Columbus (2)
1:18 30:13
combine (1)
6:11
commencement...
4:17
comments (2)
5:12 14:11
commercial (1)
25:19
commercials (1)
25:8
commission (24)
1:2,17 3:14 4:5
4:15 5:7 6:21
8:7 11:3 12:3
13:16 22:10,13
23:8,20 26:8,23
27:2,19,24
28:19 29:3,8
30:19
Commissioners...
1:14
Commission's (2)
14:19 24:1
committed (1)
7:15
committee (2)
7:7 23:13
communication...
7:4,20 8:17 11:21
15:9
communication...
8:22
community (3)
10:7,12 21:18

Companies (1)
11:24
company (6)
12:1,8 13:6 14:4
14:15 22:19
Complainant (2)
1:7 2:5
complaining (1)
14:13
complaint (11)
4:18,19 5:14 8:3
11:19,20 12:16
13:20 14:10,12
27:1
complete (1)
22:6
comply (1)
24:5
concede (1)
10:21
concern (1)
15:24
concluded (1)
29:22
condition (3)
10:18 18:15,24
confirmed (1)
14:2
confirming (1)
18:20
Congress (5)
6:22 11:7 15:22
21:6,6
Congressional (4)
6:23 18:17,18
19:3
congressman (12)
7:13,17 9:14
11:22 12:5
13:21 14:16
15:14,22,23
19:22 21:4
consequential (1)
15:1
consideration (1)
3:8
considering (1)
23:14
consist (1)

13:2
consistent (1)
13:3
consistently (1)
11:12
consolidate (1)
6:5
consolidated (1)
7:1
consolidation (1)
5:19
constituents (1)
16:1
contacted (1)
13:21
contained (1)
9:15
continue (2)
13:10 14:21
continued (1)
11:16
contracted (1)
13:24
controlled (1)
26:18
convenience (1)
5:16
conversation (3)
4:22 5:1,4
convince (1)
10:3
correct (3)
27:20,21 30:8
corrected (1)
28:11
Correction (1)
28:7
Correctly (1)
6:10
counsel (6)
3:11,12 5:12,24
22:13 23:8
County (1)
23:15
couple (1)
3:8
course (2)
14:2 15:15
cover (2)

10:20 19:1
coverage (2)
10:18 22:4
covers (1)
26:6
co-counsel (1)
4:24
created (3)
9:9,23 19:12
creates (3)
18:14 20:18,21
current (1)
16:2

_____
**D**

D (1)
3:2
damage (2)
13:18,19
day (3)
8:24 11:5 30:13
deal (2)
7:2 24:12
dealing (3)
23:9,21 27:1
deals (1)
7:24
decided (1)
19:11
defeat (3)
7:13,16 11:23
defines (1)
21:10
definition (1)
7:7
definitional (1)
21:21
DeMarco (17)
2:4 4:12,13,23
5:2 6:19,20,21
12:21,24 13:11
13:21 20:11,13
20:14 22:11,17
Democrat (1)
15:23
Democrats (4)
7:16 15:19,21
16:4
demonstrate (2)

9:7,18
**denial (1)**
14:22
**Department (2)**
10:23 21:17
**determined (1)**
10:24
**dies (1)**
29:2
**different (4)**
21:2 25:13,21
28:14
**Digital (2)**
30:18,23
**digitally (1)**
30:4
**directed (2)**
9:10,24
**Director (4)**
1:15 23:7 24:8
27:20
**Director's (2)**
28:3,17
**disappointing (1)**
19:14
**disclaimer (16)**
7:3,22 12:22,24
15:3,10 22:19
23:18,24 25:5
25:12,13 26:16
26:21 27:1,4
**disclaimers (3)**
15:7 22:14 25:21
**discussed (2)**
16:11,15
**discussion (2)**
6:13 29:10
**dismiss (4)**
27:5 28:6,18,24
**dismissed (1)**
19:23
**disseminated (1)**
7:8
**District (1)**
6:23
**documents (1)**
11:6
**DONNA (1)**
30:23

**Driehaus (10)**
1:6 6:22 7:18 8:8
8:10,19 9:14
11:22 12:5 21:4
**drill (1)**
18:9
**due (1)**
10:2

------ E ------
**E (3)**
2:7 3:2,2
**effect (1)**
10:18
**either (3)**
23:13,15 25:8
**election (11)**
15:5,12 22:15,21
23:20 24:9,10
24:11,14,16,20
**elections (7)**
1:2,16 12:3 23:9
23:16 24:12
26:23
**electronically (2)**
7:7 30:5
**endorses (1)**
7:19
**enrollee (2)**
22:2,7
**entitled (1)**
9:15
**entity (4)**
7:6,21 22:20,22
**established (1)**
23:12
**et (1)**
1:9
**events (1)**
10:7
**evidence (1)**
14:17
**evidenced (1)**
7:8
**evolve (1)**
5:22
**exactly (1)**
8:7
**example (2)**

10:8 21:8
**exceptions (1)**
17:4
**excuse (1)**
18:13
**Executive (1)**
1:15
**Exhibit (6)**
7:9,14 8:7,10,14
18:20
**exist (1)**
10:17
**existed (1)**
10:12
**expanded (1)**
17:3
**expires (1)**
30:19
**expressly (1)**
21:14
**extent (1)**
17:6

------ F ------
**F (2)**
7:14 8:10
**fabrication (2)**
12:4,14
**fact (4)**
3:10 8:18,19
17:13
**fall (1)**
27:18
**false (11)**
11:19 12:22 13:1
13:1,4 15:13
24:23 25:2
27:18 28:2 29:5
**falsely (1)**
12:10
**falsity (1)**
8:1
**far (3)**
26:24 27:18 28:1
**favor (1)**
6:14
**federal (41)**
8:24 9:9,10,16,24
10:1,14 11:9

15:4,4,5,7,9,11
15:12 16:2
20:18,20,21
21:1 22:4,8,15
22:21 23:9,20
23:22,23 24:1,6
24:11,14,24
25:11,12,20,22
26:6,18,21,23
**federally (1)**
19:19
**field (1)**
26:6
**filed (4)**
4:19 8:2 11:20
13:20
**filing (2)**
8:15 23:13
**finance (4)**
23:22 26:4,10,17
**finances (1)**
25:16
**find (5)**
27:4 28:6,17,23
29:6
**First (3)**
6:22 7:2 14:22
**fits (2)**
7:5,9
**flatly (1)**
9:3
**Floor (1)**
1:17
**flows (1)**
22:3
**foregoing (2)**
30:4,7
**form (1)**
7:10
**forward (1)**
25:5
**found (1)**
12:15
**four (1)**
16:10
**Fourth (1)**
2:3
**full (2)**
29:8 30:8

**funded (2)**
17:18 19:20
**funding (31)**
8:20 9:1,9,10,24
10:1,24 11:9
16:3,7,12,17,21
16:23 17:1,5,10
17:13,14,15,24
18:4,6 20:18,22
21:1,9,12,15,21
22:8
**funds (2)**
9:16 18:23
**further (1)**
6:13
**furthermore (2)**
11:4 14:18

------ G ------
**G (2)**
3:2 7:9
**general (3)**
7:9 11:14 23:21
**give (1)**
13:12
**go (4)**
14:11 18:8 24:9
25:5
**goes (1)**
18:2
**going (1)**
19:8
**Good (1)**
6:20
**governed (3)**
15:4,11 25:11
**government (2)**
22:4 26:18
**great (1)**
15:24
**grounds (1)**
16:5
**group (1)**
25:6

------ H ------
**H (2)**
1:14 8:14
**hac (1)**

3:14
Hamilton (1)
23:15
hand (1)
30:12
handed (1)
21:23
happened (1)
9:2
happening (1)
10:7
Harvey (1)
1:14
Haute (2)
2:7 20:8
health (6)
8:11 10:8,12,23
21:17,19
hear (2)
6:12 14:9
hearing (6)
6:6 13:16,17
14:20,24 29:7
hereunto (1)
30:11
high (1)
10:19
highly (1)
19:16
high-risk (7)
10:16 11:1 18:16
18:23 19:13
21:14,16
Honor (1)
6:3
House (2)
19:10,11
house-cleaning ...
3:9
Human (2)
10:23 21:18
hundred (3)
8:1,23 9:21
Hyde (5)
17:20 18:21
20:19,23 21:1
hypothetical (1)
10:7

**I**

identifying (1)
7:17
Illinois (1)
15:23
imagine (2)
22:24 23:2
immediate (1)
18:14
impliedly (1)
10:9
impose (2)
19:11,16
incest (5)
16:19,22 17:2,4
17:24
included (2)
9:8 19:6
includes (3)
8:11,20 22:1
Indiana (2)
2:7 20:8
indicated (2)
5:2,5
indicating (1)
17:9
indication (1)
8:3
influence (1)
22:21
instance (1)
24:4
insurance (4)
10:17 18:15,24
19:13
involved (1)
5:23
involving (1)
15:9
issue (6)
5:22 22:18 23:7
24:18 26:15,19
issued (4)
8:14 11:21 12:8
18:19
issuer (2)
22:5,7
issues (2)
14:9 28:2

item (1)
4:14
items (1)
3:9

**J**

J (1)
30:23
James (5)
2:8 3:24 4:11
20:2,7
JENNIFER (1)
30:18
John (1)
1:13
Johnson (2)
10:22 21:8
Joseph (2)
2:7 3:20
Joyce (1)
16:16
Jr (4)
2:8 3:24 20:3,7
July (1)
18:18
jurisdiction (4)
14:8 23:4 27:7,19
jurisdictional (1)
22:12

**K**

keep (1)
14:10
kind (1)
3:8
kinds (1)
24:2
know (3)
4:15 20:3 23:21
KOONTZ (1)
30:18
Kristin (1)
11:5

**L**

L (1)
30:18
lack (2)
27:7 29:2

Lamar (3)
11:24 12:7,12
language (3)
7:10,22 20:21
LaRue (7)
2:7 3:20,21,22
4:2,23 5:4
law (20)
9:6,8,14 15:7
16:2 19:15,17
19:18,19 20:20
21:5,20 23:18
23:24 24:6
25:11,14,22
26:6,10
laws (4)
15:6 23:22 24:16
24:20
lawyer (2)
3:15,23
lead (1)
8:24
letter (1)
14:1
life (4)
16:18,22 17:1,23
limited (1)
17:23
limits (1)
16:17
Lipps (1)
15:23
List (8)
1:9 3:12 7:15
11:11,15 12:9
16:6 24:5
listed (1)
4:20
look (3)
11:4 21:7 25:19
LPA (1)
2:2

**M**

M (1)
2:4
majority (3)
15:20 16:1,4
making (1)

23:2
materials (4)
24:19 25:3,18,20
matter (3)
3:7 12:2 29:7
matters (1)
15:2
mechanism (3)
9:10,24 10:1
meet (1)
26:21
meeting (4)
4:18 5:9 11:6,13
member (1)
6:22
members (7)
3:6 4:6 6:16,20
8:6 11:2,7
mentions (1)
16:16
merely (2)
8:4,14
million (1)
7:16
minute (1)
20:12
mistake (1)
4:3
morning (5)
5:3 6:7,13,20 9:5
morning's (2)
5:9,16
mother (3)
16:18 17:2,24
motion (11)
3:17,23 5:10 6:9
27:3,15 28:22
29:2,3,10,18
move (3)
4:9 6:5 29:6
moved (1)
6:11
Mroczkowski (...
1:14 3:4,18 4:5
4:10 6:10,17
12:20 13:7 14:7
20:10 22:9 23:5
26:12,24 27:6
27:13,14,17

28:1,10,13,21
29:1,9,16,17

**N**

N (2)
3:2 18:20
name (2)
7:18 20:1
narrow (1)
21:10
nationwide (1)
24:10
need (2)
5:10 10:2
needs (1)
4:15
neither (1)
18:21
never (4)
9:1 10:13 12:6
22:3
new (3)
10:15 20:21
21:20
newly (1)
19:12
Nos (1)
1:8
Notary (1)
30:19
notion (1)
8:13
number (1)
18:12

**O**

O (1)
3:2
Obama (2)
19:6,15
Obamacare (6)
15:17,18,21 17:3
17:18,23
objection (3)
4:7,8,13
objects (1)
17:7
obligation (2)
22:18 24:4

obvious (1)
16:9
occur (2)
9:2 12:5
October (2)
1:18 8:15
office (1)
30:12
Oh (2)
4:1 20:6
Ohio (17)
1:2,16,18 2:3
3:22 12:3 22:21
23:13 24:8,13
24:15,16,19
26:2,2 30:13,19
Ohio's (3)
23:17 25:13,23
okay (2)
4:1 20:6
operating (1)
25:9
operations (1)
26:1
opinion (3)
8:5,14,18
opponent (1)
7:19
opposed (2)
6:17 16:5
opposite (2)
9:20 11:12
order (1)
7:13
ordered (4)
11:24 12:12 13:5
14:15
ordering (1)
14:3
orders (1)
12:8
organization (1)
23:11
organizations (3)
11:7,14 25:9
outlined (1)
12:17
out-of-state (4)
3:12,15 22:19,20

o'clock (2)
1:19 29:22

**P**

P (1)
3:2
page (3)
7:12,14 10:3
pages (4)
8:2,23 9:21 10:2
paid (1)
26:16
panel (2)
1:3 4:21
paragraph (3)
10:22 12:6 21:11
part (5)
17:22 22:6,23,24
26:17
participate (1)
13:15
particular (3)
5:13 6:24 24:4
parties (2)
5:17,23
passage (1)
15:17
passed (1)
9:6
passes (2)
27:15 29:18
patients (1)
18:16
Paul (2)
2:4 6:21
pay (1)
22:2
perform (1)
10:10
performed (1)
10:13
permitted (1)
20:22
person (1)
3:19
Philip (1)
1:16
pivotal (1)
11:5

place (2)
13:23 24:13
placed (1)
25:12
places (1)
25:1
plans (5)
10:17 18:15,24
19:5,9
playback (1)
30:6
points (1)
20:16
policy (1)
16:23
political (9)
7:4,6,20 8:17,21
11:21 23:12
24:18 25:1
pools (6)
10:16,19 11:1
19:13 21:15,16
position (2)
11:12 24:21
PPACA (1)
18:22
preempt (1)
24:1
preempted (2)
15:7 23:21
preexisting (5)
10:18 18:15,24
21:4,20
preference (2)
5:5,7
prescribes (2)
26:7,8
present (1)
11:8
President (1)
24:13
press (1)
14:14
presumably (1)
23:14
prevented (1)
18:23
prevents (2)
17:10,12

prior (2)
4:17 27:23
pro (1)
3:14
probable (10)
1:3 4:21 12:15
13:17 14:24
27:5 28:6,18,24
29:6
problem (1)
26:22
procedural (1)
26:5
proceeding (1)
25:4
proceedings (5)
1:13 29:21 30:4,7
30:9
Professor (1)
16:15
prohibit (1)
21:14
prohibition (4)
9:13,16 21:23
22:1
promoted (1)
11:23
provide (2)
15:6 16:7
provides (1)
16:2
providing (1)
17:5
provision (13)
9:8,13,22 10:4
16:17 17:10,12
17:21 18:9,10
18:12,21 19:4
provisions (4)
16:10 17:9,14
21:22
pro-life (3)
7:16 11:6,14
public (2)
17:15 30:19
publication (1)
7:10
publicly (1)
17:18

pulled (1)
22:22
purposes (1)
6:6
put (6)
12:1,10,13 14:4
    14:16 23:1

**Q**

question (1)
22:12
questions (2)
22:9 23:6
quote (4)
7:15 8:8,18 11:24

**R**

R (2)
1:13 3:2
race (3)
15:4,9,11
races (1)
15:4
raise (1)
10:6,15
rape (5)
16:18,22 17:2,4
    17:24
reality (2)
10:11,11
really (1)
11:9
Rebuttal (1)
20:10
recognition (1)
11:15
recommend (1)
3:15
recommendatio...
5:14,24 28:3,5,17
record (4)
4:10,12 20:1 28:9
recorded (2)
30:5,9
reference (3)
14:3 16:11 20:19
references (1)
21:19
refers (1)

19:18
refutation (1)
11:15
regard (7)
22:14 25:10,15
    25:18 26:3 27:4
    29:5
registered (1)
24:17
regulation (1)
10:14
related (1)
26:16
relates (10)
3:10 5:13 23:24
    24:23 25:5,7,24
    26:3,4,9
release (1)
14:14
remind (1)
8:6
renewed (1)
18:3
report (1)
18:20
Reporter (1)
30:18
representation ...
20:17
representative (1)
24:9
Republicans (1)
15:19
Request (1)
3:13
required (1)
25:22
requirement (1)
15:8
requirements (1)
25:12
requires (1)
19:15
Research (3)
18:17,19 19:3
reserve (1)
12:18
respect (1)
10:2

respondent (3)
3:11 4:24 8:2
respondents (3)
1:10 2:9 6:1
response (2)
8:2 22:15
restrictions (1)
25:1
restrictive (1)
19:17
retraction (1)
8:16
Richter (22)
1:16 3:6,20 4:1,3
    4:14 5:20 13:9
    20:12 23:11
    24:22 25:17
    27:9,11,13,15
    27:21 28:5
    29:12,14,16,18
right (8)
4:2,16,20 6:4
    15:1 16:20
    17:20 28:15
rights (2)
14:22 23:8
risk (1)
10:19
roll (2)
27:8 29:11
rule (2)
19:7,8
ruled (2)
21:17 26:20
rules (1)
26:17

**S**

S (1)
3:2
saying (2)
6:15 16:6
says (3)
12:5 21:11 22:13
SBA (5)
7:5,15 11:11,15
    12:9
Schneider (1)
2:2

seal (1)
30:12
second (6)
6:8 7:24 16:16
    27:7 29:2,9
seconded (1)
6:11
secondly (2)
15:13 17:8
Secretary (1)
23:16
section (2)
9:15 18:11
sections (1)
24:24
see (2)
5:2 22:17
segregate (1)
22:5
segregation (2)
22:2,6
sent (1)
14:1
separate (3)
13:4 17:21 22:3
September (1)
30:19
Service (3)
18:18,19 19:3
Services (2)
10:23 21:18
set (2)
29:7 30:11
settled (1)
12:2
Shapiro (18)
1:14 4:8 5:18 6:1
    6:4 18:11 19:24
    20:5,9 22:10,11
    24:7 25:15 27:9
    27:10 29:4,14
    29:15
show (2)
4:11 10:4
showed (1)
9:22
significant (1)
16:1
signify (1)

6:14
simply (1)
12:13
sir (4)
3:22 14:10 19:24
    28:8
site (1)
7:18
situation (1)
9:17
situations (1)
24:2
Sixth (3)
1:17 2:6 20:7
sorry (3)
4:1 20:3,6
source (2)
9:9
sources (1)
21:20
South (2)
2:6 20:7
so-called (1)
7:16
speak (1)
15:2
specific (2)
16:17 17:10
specifically (1)
17:14
specter (2)
10:6,15
spoken (1)
12:7
staff (1)
5:1
stand (1)
28:10
standpoint (1)
14:23
start (1)
28:15
state (6)
15:6,8 19:24
    23:16 26:19
    30:19
stated (2)
9:3 11:13
statement (11)

11:3,8,19 12:4
12:23 13:4
15:14 19:20
24:23 28:2 29:5
**statements (6)**
5:21 13:1,2,3
25:2 27:18
**state-approved ...**
15:10
**status (2)**
5:13 23:10
**statute (6)**
17:19 18:4,6,22
24:24 25:23
**statutes (2)**
23:23 24:1
**statutory (2)**
17:12,17
**Steve (3)**
1:6 6:21 8:19
**stop (1)**
16:20
**stopped (1)**
13:12
**story (1)**
21:2
**Street (3)**
1:17 2:6 20:8
**subject (3)**
23:3 24:16,20
**subjected (1)**
23:17
**submissions (1)**
16:12
**submitting (1)**
24:18
**substantiated (1)**
27:22
**sue (1)**
13:22
**suffer (1)**
14:21
**suffering (2)**
13:18,19
**suggesting (1)**
5:18
**suit (1)**
14:6
**support (3)**

16:24,24 18:2
**sure (2)**
5:11 24:21
**Susan (4)**
1:9 3:11 16:6
24:5

**T**

**take (4)**
4:15 21:7 24:12
26:22
**taken (3)**
1:16 3:7 11:12
**talked (1)**
9:5
**talking (2)**
12:21 15:16
**talks (1)**
21:9
**taxpayer (6)**
8:20 16:21,22
17:1 21:9,12
**taxpayer-funde...**
8:8,11 12:11
15:15
**tell (1)**
8:4
**temporary (1)**
18:14
**tend (1)**
24:3
**Terre (2)**
2:7 20:8
**thank (5)**
13:8,14,15 20:9
20:14
**thesis (1)**
21:13
**thing (2)**
14:20 28:15
**things (1)**
9:1
**think (2)**
26:14,20
**third (1)**
11:18
**threatened (3)**
12:10 13:22 14:5
**three (2)**

6:23 13:2
**Thursday (1)**
1:18
**time (3)**
11:11 12:19
13:10
**times (1)**
26:19
**today (2)**
5:15 13:18
**today's (1)**
4:20
**totally (1)**
22:5
**Tower (1)**
2:3
**transcribed (1)**
30:6
**Transcriber (1)**
30:23
**transcript (2)**
30:7,8
**transmitted (1)**
30:5
**true (4)**
19:5,21 21:16
30:8
**try (1)**
10:3
**trying (1)**
22:20
**TV (1)**
25:19
**two (10)**
5:19 12:24 14:21
16:14 17:8,11
27:15 28:14,24
29:18

**U**

**undersigned (1)**
30:3
**understand (4)**
14:23 21:22
24:11,21
**understood (1)**
14:13
**unquestionably...**
17:6

**Unquote (2)**
8:9,12
**upheld (1)**
27:23
**use (3)**
9:16 18:23 20:15

**V**

**various (1)**
25:8
**vast (2)**
15:20 16:4
**vice (1)**
3:14
**Vine (1)**
2:3
**violation (2)**
7:3,23
**voluntarily (1)**
19:11
**vote (3)**
16:7 21:11,12
**voted (18)**
7:17 8:8,10,19,22
9:4,6,14,18,19
9:23 15:14,19
15:21,22 18:5
21:3,5
**voting (1)**
12:11
**vs (1)**
1:8

**W**

**Waite (1)**
2:2
**want (5)**
5:12 7:2 16:10
20:24 21:7
**wanted (1)**
13:7
**wants (1)**
23:1
**Washington (1)**
24:10
**Web (1)**
7:18
**weeks (1)**
14:21

**went (1)**
13:10
**West (1)**
1:17
**we'll (3)**
14:11 27:8 28:15
**we're (2)**
14:9 19:8
**we've (5)**
9:5 13:18 26:14
26:19,20
**whatnot (1)**
23:2
**what-ifs (1)**
8:24
**WHEREOF (1)**
30:11
**White (2)**
19:10,10
**wishes (2)**
27:2 28:18
**WITNESS (1)**
30:11
**women (1)**
19:12
**working (1)**
23:14
**world (1)**
13:11
**wouldn't (1)**
10:2

**Y**

**Yeah (1)**
5:20
**year (3)**
18:3,3,3
**years (1)**
10:13

**$**

**$1.5 (1)**
7:15

**0**

**084 (1)**
29:5
**096 (5)**
28:4,11,12,16

29:6

---
**1**
---

**1 (1)**
7:12
**10:26 (1)**
29:22
**100 (1)**
10:2
**101 (1)**
18:13
**1101 (1)**
18:14
**1302 (1)**
9:15
**1303 (1)**
21:24
**14 (2)**
1:18 21:11
**15 (1)**
30:19
**1513 (1)**
2:3
**1976 (1)**
21:6

---
**2**
---

**2 (1)**
7:14
**2(A) (3)**
7:10,21,23
**20 (1)**
22:17
**20(A) (1)**
7:3
**2009 (1)**
28:8
**2009E-084 (1)**
28:3
**201E-084 (1)**
1:8
**2010 (3)**
1:18 28:8 30:14
**2010E-084 (6)**
3:5 6:5,12 28:12
28:16,23
**2010E-086 (1)**
28:11
**2010E-096 (5)**

1:8 4:19 6:6,12
28:23
**2013 (1)**
30:19
**2014 (1)**
10:19
**21 (1)**
1:17
**23rd (1)**
18:18

---
**3**
---

**3:00 (1)**
4:20
**30 (1)**
10:13
**34 (1)**
15:18

---
**4**
---

**4 (1)**
12:6
**40 (1)**
10:22
**45202 (1)**
2:3
**47807 (2)**
2:7 20:8

---
**7**
---

**7th (1)**
8:15

---
**9**
---

**9:55 (1)**
1:19