UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SUSAN B. ANTHONY LIST, | Case No. 1:10-CV-720 |
| | *consolidated with* |
| Plaintiff, | Case No. 1:10-CV-754 |
| v. | Judge Black |
| REP. STEVE DRIEHAUS, *et al.*, | |
| Defendants. | |
| COALITION OPPOSED TO ADDITIONAL SPENDING & TAXES, | |
| Plaintiff, | PLAINTIFF COAST'S NOTICE OF APPEAL |
| v. | |
| OHIO ELECTIONS COMMISSION, *et al.*, | |
| Defendants. | |

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, notice is hereby given that Plaintiff Coalition Opposed to Additional Spending & Taxes (hereinafter referred to as "COAST"), plaintiff in the above-referenced case, appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Order Granting Defendants Ohio Elections Commission and Its Members' Motion to Dismiss the Second Amended Complaint of COAST (Doc. No. 64, filed on August 1, 2011) and this Court's Judgment Entry (Doc. No. 68, filed on August 2, 2011).

Respectfully submitted,

  /s/ Curt C. Hartman
Curt C. Hartman (0064242)
THE LAW FIRM OF CURT C. HARTMAN
3749 Fox Point Court
Amelia, Ohio 45102
Telephone:  (513) 752-8800
Email:  *hartmanlawfirm@fuse.net*

Christopher P. Finney (0038998)
FINNEY, STAGNARO, SABA & PATTERSON CO., LPA
2623 Erie Avenue
Cincinnati, Ohio 45208
Telephone:  (513) 533-2980
Facsimile:   (513) 533-2990
Email: cfinney@fssp-law.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing will be served upon all counsel of record via the Court's electronic filing system on the date of filing.

  /s/ Curt C. Hartman

- 2 -