## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**SUSAN B. ANTHONY LIST,** *et al.***,**         Case No.  **1:10-CV-720**

    Plaintiffs,

                                                         **Judge Timothy S. Black**

**-vs-**

**REP. STEVE DRIEHAUS,** *et al.***,**

    Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that Susan B. Anthony List's Renewed Motion for Summary Judgment (Doc. 89) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: January 25, 2013                                                  **JOHN P. HEHMAN, CLERK**

                                                                        By: *s/ M. Rogers*
                                                                        Deputy Clerk