UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SUSAN B. ANTHONY LIST | : | |
| | : | |
| Plaintiff/Counterclaim Defendant, | : | Case No. 10-720 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| STEVE DRIEHAUS, | : | |
| | : | |
| Defendant/Counterclaimant. | : | |
| | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Steve Driehaus, defendant/counterclaimant in the above-named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on January 25, 2013.

Of Counsel:

Barry L. Coburn
COBURN & GREENBAUM PLLC
1710 Rhode Island Avenue, NW
2nd Floor
Washington, D.C. 20036
Phone: (202) 657-4490
Fax: (866) 561-9712

Respectfully submitted,

s/ *Paul M. De Marco*_____
Paul M. De Marco (OH #0041153)
W.B. Markovits (OH #0018514)
Christopher D. Stock (OH #0075443)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Phone: (513) 651-3700
Email: pdemarco@msdlegal.com
Email: bmarkovits@msdlegal.com
Email: cstock@msdlegal.com

*Counsel for Steve Driehaus*