UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SUSAN B. ANTHONY LIST, | : | Case No. 1:10-cv-720 |
| | : | (Lead Case) |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| REP. STEVE DRIEHAUS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| COALITION OPPOSED TO | : | Case No. 1:10-cv-754 |
| ADDITIONAL SPENDING & TAXES, | : | (Consolidated Case) |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | |
| | : | |
| OHIO ELECTIONS | : | |
| COMMISION, *et al.*, | : | |
| | : | |
| Defendants, | | |

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[ x ]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that, as agreed by the parties, a total of $1,300,000 in attorney fees and expenses be awarded. Defendant Ohio Elections Commission shall pay Plaintiff Susan B. Anthony List, c/o Langdon Law LLC, the sum of $975,000 in full satisfaction of Plaintiff Susan B. Anthony List's attorney fees and expenses incurred in this case.   Defendant Ohio Elections Commission shall pay Plaintiff Coalition Opposed to Additional Spending & Taxes, c/o Finney Law Firm, the sum of $325,000 in full satisfaction of Plaintiff Coalition Opposed to Additional Spending & Taxes' attorney fees and expenses incurred in this case. The case continues to be **TERMINATED** in this Court.

Date: 7/5/16	**RICHARD W. NAGEL, CLERK**

By: */s/ M. Rogers*
Deputy Clerk